[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 8, 2006
THOMAS K. KAHN
CLERK

No. 05-14196
Non-Argument Calendar

_____

D. C. Docket No. 01-00738-CR-1-JEC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANKLIN DELAROSA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 8, 2006)**

Before BLACK, BARKETT and HULL, Circuit Judges

PER CURIAM:

Kristen W. Goodman, appointed counsel for Franklin Delarosa, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Delarosa's sentence is **AFFIRMED**.